UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Joseph L. Gallardo,                      )
                                         )
            Plaintiff,                   )
                                         )
      v.                                 )      Civil Action No.    11 1822
                                         )
United States Federal Governnment *et al.*,  )
                                         )
            Defendants.                  )

MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's *pro se* complaint and application

to proceed *in forma pauperis*. The application will be granted and the complaint will be

dismissed pursuant to 28 U.S.C. § 1915A (requiring dismissal of a prisoner's complaint upon a

determination that the complaint fails to state a claim upon which relief may be granted).

Plaintiff is a California prisoner incarcerated in Imperial, California. He seeks a

declaration that the time limitation of the Antiterrorism and Effective Death Penalty Act of 1996

("AEDPA") for challenging criminal convictions is unconstitutional. The Court lacks

jurisdiction to entertain a petition for a declaratory judgment where, as here, the remedy of

*habeas corpus* is available. *LoBue v. Christopher*, 82 F.3d 1081, 1082-84 (D.C. Cir. 1996); *see*

*Williams v. Hill*, 74 F.3d 1339, 1340 (D.C. Cir. 1996) (stating that "it is well-settled that a

[person] seeking relief from his conviction or sentence may not bring [actions for injunctive and

declaratory relief]") (citations omitted); *accord Jackson v. Scalia*, 780 F. Supp. 2d 81 (D.D.C.

2011). Furthermore, this Court has no authority to review the decisions of other courts, *see* 28

U.S.C. §§ 1331, 1332 (general jurisdictional provisions); *Fleming v. United States*, 847 F. Supp.

170, 172 (D.D.C. 1994), *cert. denied* 513 U.S. 1150 (1995), which this action would necessarily require. *See Dogan v. Roe*, 8 Fed. Appx. 612, 613 (9th Cir. 2001) (rejecting argument that AEDPA's statute of limitations violates the due process, equal protection, and suspension clauses of the United States Constitution); Compl. at 8-17 (recounting habeas litigation history in the California courts and in the Ninth Circuit). A separate Order of dismissal accompanies this Memorandum Opinion.

_____
United States District Judge

Date: October _13_, 2011